# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No.     EDCV 19-676-SS                          Date: December 19, 2019
                                                     Page 1 of 1

Title:       Maxine D. Vanderploeg v. Andrew Saul

DOCKET ENTRY:          ORDER TO SHOW CAUSE WHY DEFENDANT SHOULD NOT BE
                       SANCTIONED FOR FAILING TO TIMELY FILE MEMORANDUM IN
                       SUPPORT OF ANSWER

PRESENT:

### HONORABLE SUZANNE H. SEGAL, UNITED STATES MAGISTRATE JUDGE

Marlene Ramirez              None                    None
Deputy Clerk                 Court Reporter/Recorder Tape No.

ATTORNEYS PRESENT FOR PLAINTIFF(S):     ATTORNEYS PRESENT FOR DEFENDANT(S):

None Present                            None Present

## PROCEEDINGS: (IN CHAMBERS)

On October 22, 2019, Maxine D. Vanderploeg ("Plaintiff") filed a Memorandum in Support of Plaintiff's Complaint (the "Complaint Memo."). Pursuant to the Court's November 19, 2019 Order Extending Briefing Schedule, Defendant was required to file a "Memorandum in Support of Defendant's Answer" by December 13, 2019. As of today, Defendant has not filed the required memorandum.

Accordingly, Defendant is **ORDERED TO SHOW CAUSE**, within **ten (10) days** of the date of this Order, why he should not be sanctioned for failing to timely file a Memorandum in Support of Defendant's Answer. Plaintiff may discharge this Order by either filing a Memorandum in Support of Defendant's Answer, or a declaration, signed under penalty of perjury, establishing good cause as to why Defendant has been unable to file the required memorandum.

The Clerk of the Court is directed to serve a copy of this Order on counsel for Plaintiff and counsel for Defendant.